IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANET HOYT,

Plaintiff,                                                                 Case No. 6:23-cv-383

v.

NOVA KING INC

Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT, ("Plaintiff"), and Defendant, NOVA KING INC, ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Dated June 20th, 2023

REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

## CERTIFICATION OF CONFERRAL

All parties certify that they are in agreement with the relief stated above

Respectfully Submitted,

/s/ Jonathan Arias
THE ONYX GROUP
*Attorney for the Plaintiff*
8325 N.E. 2nd Ave
Suite 315
Miami, FL 33138
Phone: (786)504-5760
Fax: (305)602-5988
Email: jarias@theonyx.group
Jonathan Arias, Esq.
Florida Bar No. 126137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jonathan Arias
THE ONYX GROUP
*Attorney for the Plaintiff*
8325 N.E. 2nd Ave

Suite 315  
Miami, FL 33138  
Phone: (786)504-5760  
Fax: (305)602-5988  
Email: jarias@theonyx.group  
Jonathan Arias, Esq.  
Florida Bar No. 126137